STATE OF NORTH CAROLINA v. HARDIN ELI ROSS, III

No. 581A05

(Filed 3 March 2006)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 173 N.C. App. ——, 620 S.E.2d 33 (2005), finding no error in a judgment entered 5 February 2004 by Judge Evelyn W. Hill in Superior Court, Wake County. Heard in the Supreme Court 14 February 2006.

*Roy Cooper, Attorney General, by Rudy Renfer, Assistant Attorney General, for the State.*

*Parrish, Smith & Ramsey, LLP, by Richard D. Ramsey, for defendant-appellant.*

PER CURIAM.

AFFIRMED.

Justice TIMMONS-GOODSON did not participate in the consideration or decision of this case.